IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 4:22cr121-DMB-JMV-2

FREDERICK LARRY

### ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Whitman Mounger on October 13, 2022,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Whitman Mounger** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Whitman Mounger** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 13th day of October, 2022.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE